| United States of America | |
|---|---|
| v. | CR-17-00710-PHX-JJT(DKD) |
| Jose Armando Tavizon-Ruiz | |

X FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 17 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY SMH_____ DEPUTY

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned Assistant U.S. Attorney hereby applies to the captioned court for the issuance of a writ of habeas corpus ad prosequendum and avers:

1. Jose Armando Tavizon-Ruiz (Inmate No. 316524)
2. Detained by the ASPC - Location 100 – Douglas – Mohave Unit
   6922 N. BDI Blvd., Douglas, AZ 85607, (520) 364-7521.
3. Detainee is charged in this district by indictment.
4. Appearance is necessary on:
   ☐ before the Federal Grand Jury at the U.S. Courthouse for the district
   ☒ in Courtroom Number 302 for arraignment.
   The arraignment is set for **September 6, 2017 at 10:00AM** in front of the Honorable John Z. Boyle.

It is also petitioned that the Court inform all parties to the Writ that third party custody of said detainee may be granted to other federal law enforcement officer(s) in order to transport said detainee to the U.S. Attorney's Office for purposes of witness preparation, debriefing and/or plea negotiation and that counsel for said detainee will be notified of such request prior to any court order being issued.

Date: 8-16-17

SHEILA PHILLIPS, Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The instant application is granted and the above-named custodian, as well as the U.S. Marshal for this district, his deputies, and other U.S. Marshals and their deputies, is and are directed to produce the named detainee, on the date, and at the time, and in the place recited above, and thereafter to maintain the said detainee within the jurisdiction of this Court pending the satisfaction of this writ or the further orders of the Court, thereupon to be returned Arizona Dept. of Corrections unless otherwise ordered by the Court. All parties of this Writ are notified that third party custody of said detainee may be granted as referenced above and that detainee's counsel will be notified prior to any such court order being issued.

Date: 8/16/17

United States Magistrate Judge
David K. Duncan

CERTIFIED TO BE A TRUE COPY
DATED: 8-17-17

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BY S. Hauge
DEPUTY CLERK